# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1270
LT Case No. 2022-CF-454

_____

JOSHUA LEE FREEMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Matthew J. Metz, Public Defender, and Kathryn R. Radtka,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

May 14, 2024


PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____